UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 15cr2684 JM |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| ISAI ULISES VILLAGOMEZ, | ) | |
| Defendant. | ) | |

    Based upon the Motion filed by the United States of America (Doc. No. 27), and good cause appearing therefor, IT IS HEREBY ORDERED that the Indictment against ISAI VILLAGOMEZ is dismissed, without prejudice.

    IT IS SO ORDERED.

DATED: February 18, 2016

_____
Hon. Jeffrey T. Miller
United States District Judge